UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE

GRIFFIN LAW, an individual,

    VS                                          CASE NO.  5:09cv1737-WHS-OP

CELESTICA CORPORATION, a
Delaware corporation, and Does 1
to 20, inclusive,

**JUDGMENT**

Judgment is hereby entered in favor of defendant Celestica Corporation.  Costs are hereby taxed against Griffin Law and in favor of Celestica Corporation.

DONE and ORDERED this 30th day of September, 2010

                            S/ William Stafford
                            WILLIAM STAFFORD
                            SENIOR UNITED STATES DISTRICT JUDGE
                            NORTHERN DISTRICT OF FLORIDA
                            (SITTING BY DESIGNATION)